**FILED**
**U.S. District Court**
**District of Kansas**
07/20/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOE LOUIS STEWART, JR.,

                **Petitioner,**

     v.                                        **CASE NO. 26-3157-JWL**

TOMMY WILLIAMS,

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed on May 29, 2026 pursuant to 28 U.S.C. § 2254 by Petitioner Joe Louis Stewart, Jr., a state prisoner incarcerated at El Dorado Correctional Facility in El Dorado, Kansas. When Petitioner filed his petition, he neither paid the filing fee nor moved for leave to proceed in forma pauperis, so the Court issued a notice of deficiency granting him until and including June 29, 2026 to do so. (Doc. 2.) That deadline passed without the Court receiving anything further from Petitioner, so on July 6, 2026, the Court dismissed this case without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure, which allows dismissal for failure to comply with a court order. (Doc. 3.)

On July 17, 2026, Petitioner filed a motion for reconsideration of the dismissal. (Doc. 5.) In his motion, Petitioner explains that he had not realized the Court had not received payment of the filing fee and that he had followed all steps to ensure that payment was sent from his inmate account. *Id.* To the motion, Petitioner attaches a copy of an approved Kansas Department of Corrections Account Withdrawal Request, dated June 11, 2026, through which he sought to pay the filing fee for this case. (Doc. 5-1, p. 1.) Petitioner also attached a message dated June 12, 2026 from a Unit Team Supervisor that reflects his request had "been submitted to Central Resident

1

Banking for processing." *Id.* at 2.

In light of the information in the motion to reconsider and the attachments thereto, Petitioner's motion for reconsideration (Doc. 5) will be granted. The Court will direct the clerk to reopen this case. The Court notes that as of the date of this order it has not yet received payment of the filing fee, but it appears that Petitioner bears no fault for this delay. Thus, the Court will begin reviewing the petition as required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and will issue further orders as necessary.

**IT IS THEREFORE ORDERED** that the motion for reconsideration (**Doc. 5**) is **granted**. The clerk shall **vacate** the July 6, 2026 memorandum and order that dismissed this case (**Doc**. **3**) and shall **vacate** the judgment entered the same day (**Doc. 4**). The Court will review the petition in this case and issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 20th day of July, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

2